**THE HONORABLE RONALD B. LEIGHTON**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| OFF-IT, INC., a Washington State corporation, and LAYNE E. HUBER, in his individual capacity,<br><br>                Plaintiffs,<br><br>vs.<br><br>THURSTON COUNTY, a municipal corporation, and the CITY OF LACEY, a municipal corporation,<br><br>                Defendants. | NO. 3:12-cv-05701-RBL<br><br>**ORDER GRANTING CITY OF LACEY'S MOTION FOR SUMMARY JUDGMENT** |

    This matter came before the above-entitled Court on the defendant City of Lacey's motion for summary judgment dismissing plaintiffs' Complaint.  The Court considered the Defendants' Motion for Summary Judgment, the documents in support of the motion and the plaintiff's response, if any.

    Based upon the foregoing, and the Court being fully apprised, it is now hereby ORDERED, ADJUDGED and DECREED, that the City of Lacey's motion for summary judgment is granted as to all claims against all defendants.

    DATED this 24th day of April, 2013.

*(signature)*

Ronald B. Leighton
United States District Judge

**ORDER GRANTING CITY OF LACEY'S MOTION FOR SUMMARY JUDGMENT** - 1

USDC No. 3:12-cv-05701-RBL

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

Presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

*s/ John E. Justice*
_____
John E. Justice, WSBA p 23042
Attorney for Defendant City of Lacey
PO Box 11880
Olympia WA 98508-1880
(360) 754-3480   Fax: (360) 357-3511
Email: jjustice@lldkb.com

**ORDER GRANTING CITY OF LACEY'S MOTION FOR SUMMARY JUDGMENT** - **2**

**USDC No. 3:12-cv-05701-RBL**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511*