## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OFF-IT, INC., a Washington State corporation; and LAYNE E. HUBER,<br><br>Petitioner,<br><br>v.<br><br>THURSTON COUNTY, a municipal corporation, and the CITY OF LACEY, a municipal corporation<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C12-05701-RBL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant Thurston County's motion for summary judgment is granted and Plaintiffs' claims are hereby dismissed with prejudice.

**City of Lacey's motion for summary judgment is granted as to all claims against all defendants.**

This case is DISMISSED with prejudice.

Dated: April 25, 2013

William M. McCool
Clerk

*/s/ Boring*
Deputy Clerk